| AO 10<br>Rev 1/2010 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2009** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>CHASANOW, DEBORAH K. | 2. Court or Organization<br><br>U.S. DIST. CT. FOR D. OF MD | 3. Date of Report<br><br>5 11/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT JUDGE-ACTIVE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>RM 245A U.S. COURTHOUSE<br>6500 CHERRYWOOD LANE<br>GREENBELT, MARYLAND 20770 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ , Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Qualified Personal Residential Trust |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1/19/87 | ST. OF MD. - DEFERRED RETIREMENT for 11 years of service |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHASANOW, DEBORAH K. | 5/11/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | various | Retirement Income, State of Maryland Judiciary |
| 2. | various | Private mediation |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHASANOW, DEBORAH K. | 5/11/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHASANOW, DEBORAH K. | 5/11/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1 rollover IRA, Delaware Charter Trustee | | | | | | | | | |
| 2. --Daily Income Fund | A | Dividend | J | T | | | | | |
| 3. --Rayonier Inc. Reit | A | Dividend | K | T | | | | | |
| 4 --Conoco Phillips | A | Dividend | J | T | | | | | |
| 5 --Washington REIT SBI | A | Dividend | J | T | | | | | |
| 6. UNIMPROVED AGRICULTURAL LAND IN ST MARY'S COUNTY, MD | | None | L | W | | | | | |
| 7. Ameriprise Financial | A | Dividend | J | T | | | | | |
| 8. CONSOLIDATED CAPITAL GROWTH FUND | A | Interest | J | T | | | | | |
| 9 Bank of America SAVINGS | A | Interest | K | T | | | | | |
| 10 Bank of America CHECKING | A | Interest | M | T | | | | | |
| 11 Bank of America checking | A | Interest | J | T | | | | | |
| 12 Bank of America SAVINGS | B | Interest | L | T | | | | | |
| 13 RENTAL PROPERTY, GREENBELT, MD 1/4 INTEREST | E | Rent | | S | | | | | |
| 14 TELEFONOS MEX COMMON STOCK | A | Dividend | J | T | | | | | |
| 15 Telmex Intl Series A | A | Dividend | J | T | | | | | |
| 16 T ROWE PRICE MD TAX FREE BOND | A | Distribution | J | T | | | | | |
| 17 MARYLAND STATE EMPLOYEES CREDIT UNION | A | Interest | J | T | | | | | |

(Legend / value codes — illegible)

| Name of Person Reporting | Date of Report |
|---|---|
| CHASANOW, DEBORAH K. | 5/11/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children, see pp. 34-60 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Daily Income Fund | B | Dividend | L | T | | | | | |
| 19. America Movil SA | A | Dividend | K | T | | | | | |
| 20. Equitable Life Insurance Policy | B | Dividend | L | T | | | | | |
| 21. Hartford Life Insurance Policy | D | Interest | M | T | | | | | |
| 22. SEP IRA | | | | | | | | | |
| 23. --Daily Income fund (formerly Courtland General Money Fund) | A | Dividend | L | T | | | | | |
| 24. --Plum Creek Timber Co | A | Dividend | K | T | | | | | |
| 25. --Encana Corp | A | Dividend | K | T | | | | | |
| 26. --Cenovus Energy Inc. | B | Dividend | K | T | Spinoff (from line 25) | 11/30/09 | K | | ore |
| 27. --Weyerhaeuser Company | A | Dividend | J | T | | | | | |
| 28. --Chevron Texaco Corp | A | Dividend | K | T | | | | | |
| 29. --NCRI Resources Group Inc | B | Dividend | K | T | | | | | |
| 30. --Washington REIT SBI | B | Dividend | K | T | | | | | |
| 31. --Regions Financial Corp. | A | Dividend | J | T | | | | | |
| 32. --Duke Energy Corp | B | Dividend | K | T | | | | | |
| 33. --Spectra Energy Corp. (inadvertently left off before) | B | Dividend | K | T | Spinoff (from line 32) | | | | |
| 34. --Johnson and Johnson | A | Dividend | K | T | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHASANOW, DEBORAH K. | 5/11/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --Quest Diagnostics | A | Dividend | J | T | | | | | |
| 36. --Caterpillar Inc. | B | Dividend | K | T | | | | | |
| 37. --Coca Cola Company | A | Dividend | K | T | Buy | 02/03/09 | K | | otc |
| 38. --General Mills Inc | A | Dividend | K | T | Buy | 02/03/09 | K | | otc |
| 39. --Vanguard Intermediate Bond Fund | A | Dividend | J | T | Buy | 07/08/09 | J | | otc |
| 40. --iShares Barclays 1-3 year credit bond | A | Dividend | K | T | Buy | 07/08/09 | K | | otc |
| 41. Regions Financial Corp. | A | Dividend | J | T | | | | | |
| 42. Duke Energy Corp | A | Dividend | J | T | | | | | |
| 43. Spectra Enegy Corp. | A | Dividend | J | T | | | | | |
| 44. New York Life Insurance and Annuity Corporation | A | Interest | J | T | | | | | |
| 45. Anadarko Petroleum Corp | A | Dividend | K | T | | | | | |
| 46. Hewlett Packard Co | A | Dividend | K | T | | | | | |
| 47. Apache Corp. | A | Dividend | K | T | | | | | |
| 48. Bank of America Time Deposits | C | Interest | M | T | | | | | |
| 49. Ensco International PLC | A | Dividend | J | T | | | | | |
| 50. Nabors Industries Ltd | | None | J | T | | | | | |
| 51. BHP Billiton Ltd ADR | A | Dividend | K | T | | | | | |

1. Income Gain Codes
2. See Columns for Real Estate
3. Value Codes
4. See Columns C1 and C2
5. Value Method Codes
6. See Column C2

A =$1,000 or less
B =$2,501 - $5,000
F =$50,001 - $100,000
J =$15,000 or less
N =$250,001 - $500,000
Q =Appraisal
U =Book Value

B =$1,001 - $2,500
G =$100,001 - $1,000,000
K =$15,001 - $50,000
O =$500,001 - $1,000,000
R =Cost (Real Estate Only)
V =Other

H =Normal $3,000
L =$50,001 - $100,000
P =$1,000,001 - $5,000,000
S =Assessment
W =Estimated

T =Cash/Market

| Name of Person Reporting | Date of Report |
|---|---|
| CHASANOW, DEBORAH K. | 5/11/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. Central Europe and Russia Fund | A | Dividend | J | T | | | | | |
| 53. Conoco Phillips | B | Dividend | K | T | | | | | |
| 54. Freeport-McMoRan Copper & Gold Inc | B | Dividend | L | T | | | | | |
| 55. iShares MSCI Germany Index | A | Dividend | J | T | | | | | |
| 56. iShares MSCI Japan Index Fund | A | Dividend | | | Sold | 11/12/09 | J | A | otc |
| 57. Chesapeake Energy Corp. | A | Dividend | K | T | | | | | |
| 58. John Deere & Co | A | Dividend | J | T | | | | | |
| 59. National Oil Well Varco Inc | A | Dividend | K | T | | | | | |
| 60. Transocean Ltd. | | None | K | T | | | | | |
| 61. Northern Trust Co. checking account | D | Interest | N | T | | | | | |
| 62. iBasis of Am. Fund Strategies Managed Acct (Merrill Lynch) | A | Dividend | L | T | | | | | |
| 63. AGL Resources Inc. | A | Dividend | J | T | Buy | 11/23/09 | J | | otc |
| 64. FPL Group | A | Dividend | J | T | Buy | 11/23/09 | J | | otc |
| 65. iShares Barclays TIPS bond | A | Dividend | K | T | Buy | 11/23/09 | K | | otc |
| 66. Vanguard Intermediate Bond Fund | A | Dividend | J | T | Buy | 07/08/09 | J | | otc |
| 67. iShares Barclays 1-3 Credit Bond | A | Dividend | K | T | Buy | 07/08/09 | K | | otc |
| 68. iShares MSCI Brazil Index | A | Dividend | J | T | Buy | 11/17/09 | J | | otc |

[Footer code legend — illegible]

| Name of Person Reporting | Date of Report |
|---|---|
| CHASANOW, DEBORAH K. | 5/11/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69  iShares MSCI Emerging Market Index Fund | A | Dividend | J | T | Buy | 11/17/09 | J | | otc |
| 70  Chevy Chase Bank accounts (X) | A | Interest | M | T | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHASANOW, DEBORAH K. | 5/11/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Item VII 13 Full assessed value for tax purposes is $635,200.

Item I. [        ]Qualified Residential Trust is not for investment  Property in trust is [        ] personal residence [        ] died Sept 28, 2008, and trust is in the process of being terminated

| Name of Person Reporting | Date of Report |
|---|---|
| CHASANOW, DEBORAH K. | 5/11/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544